UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: )
FAITHE HURST )
) CASE NO. 15-31600-DHW-13
Debtor(s) )

## NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of GUARDIAN CREDIT UNION and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math, dated this 23 day of July, 2015

OF COUNSEL:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on this 23 day of July, 2015.

x    by electronic service

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101
trustees_office@ch13mdal.com

Richard D. Shinbaum
SHINBAUM & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101
RSHINBAUM@SMCLEGAL.COM

x    by regular U.S. mail

FAITHE HURST
753 WETUMPKA ST
PRATTVILLE AL 36067

/s/ Leonard N. Math, dated this 23 day of July, 2015

Case 15-31600   Doc 13   Filed 07/23/15   Entered 07/23/15 14:42:39   Desc Main
Document   Page 1 of 1