IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

FAITHE HURST
SSAN: XXX-XX-5706

Debtor(s)

Case No. 15-31600-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Tuesday, June 16, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, July 30, 2015.

(**X**) The Trustee has not received the debtors' tax returns as required by 11 USC § 521.

(**X**) Schedules were not amended as discussed at the 341.

(X)Debtor has not amended Schedule I to reflect new employment and income.
Debtor has not filed 2013 tax returns.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, August 24, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee


By:/s/ *Sabrina L. McKinney*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 24 August, 2015.

Copy to: DEBTOR(S)
        RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney